FRANCES DI GRAZIA et al., Appellants, v. CITY OF NEW YORK, Defendant and Fourth-Party Plaintiff-Respondent. WILLIAM HANDELSON et al., Defendants and Third-Party Plaintiffs-Respondents-Appellants; CONSOLIDATED EDISON COMPANY, Third- and Fourth-Party Defendant-Respondent.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.